IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. SALAZAR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE STATE OF CALIFORNIA,<br><br>　　　　Defendant.<br>_____/ | 1:08-cv-00258-LJO-GSA (PC)<br><br>ORDER REQUIRING PLAINTIFF TO EITHER FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE, WITHIN SIXTY DAYS |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. Within **sixty (60) days** from the date of service of this order, plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, **and** submit a certified copy of his/her prison trust account statement for the six month period immediately preceding the filing of the complaint, **or in the alternative**, pay the $350.00 filing fee for this action.

2. **Failure to comply with this order will result in a recommendation that this action be dismissed**; and

3. **No requests for extension will be granted.**

IT IS SO ORDERED.

Dated:　February 28, 2008　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE