# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALAZAR,<br><br>               Plaintiff,<br><br>   v.<br><br>THE STATE OF CALIFORNIA,<br><br>               Defendant.<br>_____/ | CASE NO. 1:08-cv-00258-LJO-GSA PC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 5) |

On March 10, 2008, Plaintiff Jose Salazar filed what the Court construes to be a notice of voluntary dismissal.[1] "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. At this juncture, no defendant has filed an answer or other responsive pleading.

///

///

---

[1] Plaintiff was unaware of the $350.00 filing fee for this action and wishes to have his "paperwork" back as a result. The Court will dismiss this action without assessing the filing fee. However, Plaintiff's complaint and exhibits are part of the Court's record and cannot be returned to Plaintiff.

1

1 | Therefore, the Clerk of the Court is HEREBY ORDERED to close the file in this case and
2 | adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  (Doc. 5.)

4 | IT IS SO ORDERED.

5 | **Dated:   March 14, 2008**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE